CHAMBERS OF
**DENISE COTE**
DISTRICT JUDGE

(212) 805-0202

August 3, 2006

George D. Reynolds
Staff Counsel
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, DC 20544

Dear Mr. Reynolds:

In response to your request for further information for Part VII, lines 9-25, please consider the following additional information for Column B:

"None" should be entered for lines 9, 11, 12, and 13.

"See 11 through 37" should be entered for line 10.

"See line 30" should be entered for line 14.

"See line 31" should be entered for lines 15 and 16.

"See line 33" should be entered for line 17.

"See line 32" should be entered for lines 18 and 19.

"See line 37" should be entered for line 20.

"See line 35" should be entered for line 21.

"See line 36" should be entered for line 22.

"See line 27" should be entered for line 23.

"See line 28" should be entered for line 24.

"See line 29" should be entered for line 25.

Sincerely,

Denise L. Cote

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cote, Denise L | 2. Court or Organization<br><br>U.S.D.C., S.D.N.Y. | 3. Date of Report<br><br>04/20/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court, Rm. 1040<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

[X] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

[X] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 APR 26 A 9: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 04/20/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. S.D.N.Y. | Second Circuit Judicial Conference, 6/16 - 6/19, Bolton Landing, NY: lodging, food |
| 2. American Law Institute | ALI Economic Tort Advisers Meeting, 10/21 - 10/22, Philadelphia, PA: lodging, food, train fare |
| 3. S.D.N.Y. | Transferee Judges' Conference (SUBSEQUENTLY CANCELLED), 10/24 - 10/26, Palm Beach, FL: non-refundable plane fare |
| 4. Federal Bar Council | Fall Bench and Bar Retreat, 11/4 - 11/5, Old Saybrook, CT: lodging, food |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 04/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbia University Pension (TIAA CREF) | E | Distribution | O | T | | | | | |
| 2. Merrill Lynch Account | | | | | | | | | See items 3 through 9 |
| 3. Muni Inves Trust S.A. N.Y. | A | Interest | J | T | Prn pmt | 2/25* | | | * also 3/28, 5/25, 6/27, ~~8/25~~, 9/26, 12/37, (and 12/30 |
| 4. ML Bank Deposit | A | Interest | J | T | | | | | |
| 5. CD Galena St. Bank | A | Interest | J | T | Redeem | 8/8 | J | | |
| 6. CD Georgian Bank | A | Interest | J | T | | | | | |
| 7. CD Wash Mtl f/k/a Providian NB | A | Interest | K | T | | | | | |
| 8. CD Flagstar Bank | A | Interest | K | T | | | | | |
| 9. CD Merrick Bank | | | J | T | Buy | 8/8 | J | | |
| 10. JB Global Fund | | | O | T | | | | | See items 11 through 37 |
| 11. Enterprise Group Funds | | | | | Buy | 3/29 | K | | |
| 12. Enterprise Group Funds | | | | | Sell | 7/06 | L | B | |
| 13. Matthews Japan Fund | | | | | Sell | 3/28 | K | C | |
| 14. Third Ave Value Fund | | | | | Sell | 7/19 | J | | |
| 15. Vanguard Fixed Income Secs | | | | | Sell | 4/15 | K | | |
| 16. Vanguard Fixed Income Secs | | | | | Sell | 10/13 | K | | |
| 17. Vanguard Specialized Port | | | | | Buy | 1/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Inflation-Protected | | | | | Sell | 3/22 | K | | |
| 19. Vanguard Inflation-Protected | | | | | Sell | 6/15 | K | | |
| 20. ABN AMRO Funds | | | | | Buy | 7/7 | L | | |
| 21. Vanguard Equity | | | | | Buy | 10/13 | K | | |
| 22. Hancock John Strategic | | | | | Buy | 6/16 | K | | |
| 23. Japan Fund | | | | | Buy | 4/15 | K | | |
| 24. Matthews Pacific Tiger | | | | | Buy | 3/22 | K | | |
| 25. Seligman Comm. | | | | | Buy | 7/20 | J | | |
| 26. Excelsior Funds Energy | A | Dividend | J | T | | | | | |
| 27. Japan Fund | | None | K | T | | | | | |
| 28. Matthews Pacific Tiger | A | Dividend | K | T | | | | | |
| 29. Seligman Comm. | | None | K | T | | | | | |
| 30. Third Avenue Value | A | Dividend | K | T | | | | | |
| 31. Vanguard Fixed Income | B | Dividend | L | T | | | | | |
| 32. Vanguard Inflation-Protected | B | Dividend | K | T | | | | | |
| 33. Vanguard Specialized Port | A | Dividend | K | T | | | | | |
| 34. Wells Fargo Ultra Short | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L. | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 35. Vanguard Equity Income | C | Dividend | M | T | | | | | |
| 36. John Hancock Strategic | D | Dividend | L | T | | | | | |
| 37. ABN AMRO Funds | A | Dividend | L | T | | | | | |
| 38. Chase Accounts | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cote, Denise L | 04/20/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _April 20, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544